UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. Mannoy Joel PADILLA-DOMINGUEZ (a/k/a Mannor Joel Padilla-Dominguez), *Defendant.* | Case No.: 4:25-MJ-07175-ACE |

## CRIMINAL COMPLAINT

I, Christina Caballero, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 16, 2025, in the county of Franklin in the Eastern District of Washington, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 | Alien in the United States After Deportation |

This criminal complaint is based on these facts:

On or about October 16, 2025, Mannoy Joel PADILLA-DOMINGUEZ (a/k/a Mannor Joel Padilla-Dominguez), a citizen and national of Honduras, who theretofore on or about February 26, 2020, had been deported from the United States at Brownsville, Texas, was located in the United States by Immigration and Customs Enforcement (ICE), Enforcement and Removals Operations (ERO), Deportation Officer (DO) Christina Caballero, in Benton County, Washington, within the Eastern District of Washington.

Mannoy Joel PADILLA-DOMINGUEZ did not have the express consent of the Attorney General, or his successor, the Secretary of the Department of Homeland Security, to apply for re-entry into the United States.

I further state that I am an Immigration and Enforcement Removal Officer, and that this complaint is based on the following facts: I have read and reviewed the information in federal immigration databases that document that Mannoy Joel PADILLA-DOMINGUEZ is a citizen and national of Honduras who was deported from the United States at Brownsville, Texas, on February 26, 2020.

On October 16, 2025, Mannoy Joel PADILLA-DOMINGUEZ was transferred from the Franklin County Jail, in Pasco, Washington, and booked into the Benton County Jail in Kennewick, Washington, for Fail to Comply-FTA (Failure to Appear) Vehicle Prowling 2 Attempt, Fail to Comply-FTA Motor Vehicle Theft Tools

☒ Continued on the attached sheet.

Make Have, Fail to Comply-FTA Harassment, Fail to Comply-Resist Arrest, and Fail to Comply-Obstruct Public Servant. Mannoy Joel PADILLA-DOMINGUEZ was fingerprinted by Benton County Jail Staff during booking.

On October 16, 2025, Officer Caballero, in the course of her official duties, determined that Mannoy Joel PADILLA-DOMINGUEZ was illegally present in the United States.  Officer Caballero conducted routine vetting of law enforcement databases and open-source media platforms associated with and positively identified Mannoy Joel PADILLA-DOMINGUEZ to be the same person who was removed from the United States to Honduras on February 26, 2020. Officer Caballero also had the opportunity to review Mannoy Joel PADILLA-DOMINGUEZ's criminal history and discovered prior convictions for Assault Second Degree Deadly Weapon Attempt, in violation of RCW 9A.36.021(1)( C), on or about February 13, 2024, Harassment, in violation of RCW 9A.46.020(2)(A) and (1)(A)(I)and (1)(B), on or about October 29, 2024, and Violation of No Contact/Protection/Restraining Order, in violation of (PMC 9.10.030, RCW 35/36.00.00 WA), on or about April 28, 2025, from the Superior and District Courts of Washington, County of Franklin.

On October 16, 2025, Officer Caballero requested Mannoy Joel PADILLA-DOMINGUEZ's most recent arrest and book in fingerprints from the FBI Biometric Technology Center. On October 17, 2025, Officer Caballero received the fingerprints belonging to Mannoy Joel PADILLA-DOMINGUEZ. Officer Caballero then submitted the fingerprints through the IAFIS Fingerprint System that further identified Mannoy Joel PADILLA-DOMINGUEZ to be the same person previously removed to Honduras.

Based on my knowledge as foresaid, neither the Attorney General, nor his successor, the Secretary of the Department of Homeland Security has approved the Defendant for re-admission into the United States.

_____
*Complainant's signature*

Christina Caballero, Deportation Officer, ICE

*Printed name and title*

☐ Sworn to me and signed in my presence.
☒ Sworn to before me telephonically and signed electronically.

Date: Oct 24, 2025, 2:39 pm
_____

_____
*Judge's signature*

City and state: Yakima, Washington

Alexander C. Ekstrom, United States Magistrate Judge
*Printed name and title*